```
FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT   N.Y:
★ SEP 23 2008 ★
P.M. _____
TIME A.M. _____
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTOPHER DAVID,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND W. KELLY, POLICE
OFFICER IVELISSE RODRIGUEZ, SHIELD #02545,
DETECTIVE ANN MARIE RAIMONDI, SHIELD
#03272, Lt. LARRY BURNHAM, Tax No. 897100,
DETECTIVE SHANTE TERRELL, SHIELD #04424,
POLICE OFFICER TREVOR BARONETTE, SHIELD
#00760, POLICE OFFICER ERIC COX[1], SHIELD #
21758, POLICE OFFICER JOHN/JANE DOES 1-6,
Individually, who were involved in the incident
resulting to plaintiff's false and arrest and injuries,

                              Defendants.

------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

08 CV 345 (BMC)

       **WHEREAS**, plaintiff commenced this action by filing a complaint on or about January 24, 2008, alleging that defendants violated his constitutional rights; and

       **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **WHEREAS**, plaintiff has authorized his counsel to settle this matter on the terms set forth below; and

---

[1] Plaintiff mistakenly included police officer Eric Cox in this action. Pursuant to the stipulation duly executed by both parties and filed via ECF on July 18, 2008, Eric Cox has been removed from this action and Orin Cox has been added.

- 1 -

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. This above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff Christopher David the total sum of FIFTY FIVE THOUSAND ($55,000.00) DOLLARS in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the City of New York, Police Commissioner Raymond W. Kelly, Police Officer Ivelisse Rodriguez, Detective Ana Marie Raimondi, Lieutenant Larry Burnham, Detective Shante Terrell, Police Officer Trevor Baronette, and Police Officer Orin Cox, and any present or former employees or agents of the New York City Police Department and the City of New York, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the City of New York that it has in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       September    , 2008

Spencer Leeds, Esq.
Attorney for Plaintiff
26 Court Street, Suite 2100
Brooklyn, New York 11242
(718) 488-8255

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
Attorney for Defendants
100 Church Street
New York, N.Y. 10007
(212) 788-0899

By: _____
    Spencer Leeds, Esq. (    )

By: _____
    Stuart E. Jacobs (SJ 8379)
    Assistant Corporation Counsel

SO ORDERED: 9/18/08

/s/(BMC)

U.S.D.J.